U.S. Department of Justice
United States Attorney

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

Division: Atlanta
(USAO: 2014R00345)

FILED IN OPEN COURT
U.S.D.C. Atlanta

SEP 28 2017

James N. Hatten, Clerk
By: Deputy Clerk

### DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION

| | |
|---|---|
| COUNTY NAME: Fulton | DISTRICT COURT NO.   1:17-CR-0229 |
| | UNDER SEAL |
| | MAGISTRATE CASE NO. |

| | | |
|---|---|---|
| X Indictment | Information | Magistrate's Complaint |
| DATE: September 28, 2017 | DATE: | DATE: |

UNITED STATES OF AMERICA
vs.
JARED WHEAT

FIRST SUPERSEDING INDICTMENT
Prior Case Number: 1:17-CR-0229
Date Filed: June 28, 2017

GREATER OFFENSE CHARGED: X Felony   Misdemeanor

**Defendant Information:**

Is the defendant in custody?   Yes   X No
Will the defendant be arrested pending outcome of this proceeding?   X Yes   No
Is the defendant a fugitive?   Yes   X No
Has the defendant been released on bond?   Yes   X No

Will the defendant require an interpreter?   Yes   X No

District Judge:

Attorney: Steven D. Grimberg
Defense Attorney: