# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | INDICTMENT NO. : |
| v. ) | |
| ) | 1:17-CR-0229-AT-cCMS |
| JARED WHEAT,  JOHN BRANDON ) | |
| SCHOPP and HI-TECH ) | |
| PHARMACEUTICALS, INC. ) | |
| ) | |
| Defendants. ) | |

## UNOPPOSED JOINT MOTION TO CONTINUE TRIAL DATE

**COME NOW** Defendants, Jared Wheat, John Brandon Schopp and Hi-tech Pharmaceuticals, Inc. by and through undersigned counsel, and file this Unopposed Joint Motion to Continue Trial Date. In support of this motion, Defendants show as follows:

1.

In May 2022, undersigned counsel Brian Steel was retained to serve as lead counsel for Jared Wheat, in the above-styled pending case. In January, 2023, Mr. Steel commenced jury selection in State of Georgia v. Jeffery Williams et al., Case Number 22SC183572, (Fulton County Superior Court). Opening statements were delivered in late November 2023 and the trial is expected to continue through late 2024, at least.

2.

On March 17, 2023, this Court reset the trial in this case to commence on January 9, 2024. (Doc. 488). In recognition of the lengthy Fulton trial which was underway and the unavailability of defense counsel, on August 18, 2023, this Court again continued the trial, setting same to commence on October 15, 2024. (Doc. 499).

3.

It presently appears that the October 2024 trial date is highly unlikely to hold due to the continued unavailability of defense counsel Brian Steel. In an effort to afford the Court with sufficient advance notice of this conflict, defense counsel conferred with government counsel and discussed possible future trial dates. Counsel disclosed schedule conflicts and it appears that no scheduling conflicts currently exist for a trial date beginning in late July, 2025.

4.

Neither the Government nor the co-defendants oppose this request to continue the trial date.

5.

The period of time between the current trial date and the yet to be set trial date shall be excluded from calculations of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), because the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial.

Specifically, given the complexity of this matter and the unavailability of defense counsel, a continuance is necessary to avoid denying the defendant his chosen counsel and to allow reasonable time for effective preparation by all parties.

**WHEREFORE,** the parties request that this Court continue the trial date of October 15, 2024 to a date no sooner than late July 2025.

This 30th day of April, 2024.

Respectfully submitted,

*/s/ Brian Steel*
Brian Steel
GA Bar No. 677640
The Steel Law Firm, P.C.
1800 Peachtree Street NW, Suite 300
Atlanta, Georgia 30309
404-605-0023
Thesteellawfirm@msn.com

*/s/ Bruce Morris*
Bruce H. Morris
Georgia Bar No. 523575
Finestone Morris & White
3340 Peachtree Road NW
Atlanta, Georgia 30326
404-262-2500
Bmorris@FMattorneys.com
Counsel for Defendant Jared Wheat

*/s/Arthur W. Leach*
Arthur W. Leach
Georgia Bar No. 442025
Law Office of Arthur W. Leach

4080 McGinnis Ferry Rd
Suite 401
Alpharetta, GA 30005
404-786-6443
art@arthurwleach.com
Counsel for Defendant
Hi-Tech Pharmaceuticals, Inc.

*/s/ Jack Wenik*
Jack Wenik
Epstein Becker & Green, P.C. One Gateway Center, 13th Floor Newark, New Jersey 07102
973-639-5221
jwenik@ebglaw.com
Admitted Pro Hac Vice
Counsel for Defendant
Hi-Tech Pharmaceuticals, Inc.

*/s/ W. Carl Lietz, III*
W. Carl Lietz, III
Ga. Bar No. 452080
Finch McCranie, LLP
225 Peachtree Street, South Tower
Suite 1700
Atlanta, Georgia
404-658-9070
carl@finchmccranie.com
Counsel for Defendant John Brandon Schopp

4

## CERTIFICATE OF SERVICE

I hereby certify that I have served the foregoing **UNOPPOSED MOTION TO CONTINUE TRIAL DATE** on the individual listed below by electronic filing:

**Kelly Connors, Esq.**
**Nathan Kitchens, Esq.**
**Assistant United States Attorney**
**Richard B. Russell Building**
**Sixth Floor**
**75 Ted Turner Blvd**
**Atlanta, Georgia 30303**

This 30th day of April, 2024.

*/s/ Brian Steel*
BRIAN STEEL
GA Bar No. 677640
Attorney for Jared Wheat