# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | No. 1:17-CR-0229-AT-CMS |
| ) | |
| JARED WHEAT, JOHN ) | |
| BRANDON SCHOPP, and ) | |
| HI-TECH PHARMACEUTICALS, INC. ) | |

## JOINT STATUS REPORT REGARDING BILL OF PARTICULARS

Defendant Jared Wheat and the United States, by and through undersigned counsel, respectfully submit a Joint Status Report regarding Defendant Wheat's Motion for Bill of Particulars. (Doc. 535).

Defendant Wheat's motion asked for an order directing the government to identify unindicted co-conspirators or aiders and abettors in Counts 12, 17, and 18 of the Second Superseding Indictment. (*Id.*). On January 30, 2025, pursuant to its agreement at the January 23, 2025 pretrial conference, (Doc. 540), the government provided a list of unindicted co-conspirators and aiders and abettors for these counts, subject to modification, to counsel for Defendant Wheat and Defendant Hi-Tech Pharmaceuticals, Inc. Accordingly, the government provided the information sought by Defendant Wheat, and his Motion for Bill of Particulars may be denied as moot.

This 18th day of March 2025.

*/s/ Bruce H. Morris*
Bruce H. Morris
Georgia Bar No. 523575
Finestone Morris & White
3340 Peachtree Road NW
Atlanta, Georgia 30326
404-262-2500
BMorris@FMattorneys.com
  *Counsel for Defendant*
  *Jared Wheat*

*/s/ J. Stephen Salter*
J. Stephen Salter
  Admitted Pro Hac Vice
The Law Offices of J. Stephen Salter
  8975 Pompano Way
Gulf Shores, Alabama 36542
205-585-1776
umstakwit@aol.com
    *Counsel for Defendant*
    *Jared Wheat*

*/s/ Brian Mendelsohn*
Brian Mendelsohn
Georgia Bar No. 502031
Jeffrey L. Ertel
Georgia Bar No. 249966
The Mendelsohn Ertel Law Group LLC
101 Marietta Street NW
Atlanta, Georgia 30303
404-885-8878
Brian@tmelg.com
Jeffrey@tmelg.com
   *Counsel for Defendant*
   *Jared Wheat*

*/s/ Brian Steel*
Brian Steel
Georgia Bar No. 677640
Colette Resnik Steel
Georgia Bar No. 601092
The Steel Law Firm, P.C.
1800 Peachtree Street NE, Suite 300
Atlanta, Georgia 30309
404-605-0023
thesteellawfirm@msn.com
crsteel@msn.com
    *Counsel for Defendant*
    *Jared Wheat*

*/s/ Nathan P. Kitchens*
Nathan P. Kitchens
Georgia Bar No. 263930
600 U.S. Courthouse
75 Ted Turner Dr. SW
Atlanta, GA 30303
nathan.kitchens@usdoj.gov
*Counsel for the United States*

  */s/ Kelly K. Connors*
  Kelly K. Connors
  Georgia Bar No. 504787
  600 U.S. Courthouse
  75 Ted Turner Dr. SW
  Atlanta, GA 30303
  kelly.connors@usdoj.gov
  *Counsel for the United States*