IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, : <br> : <br> v. : <br> : CRIMINAL ACTION NO. <br> JARED WHEAT, JOHN BRANDON : 1:17-CR-229-AT <br> SCHOPP, AND HI-TECH : <br> PHARMACEUTICALS, INC., : <br> : <br> Defendants. : | |

## **SCHEDULING ORDER**

This matter comes before the Court on the parties' proposed consent scheduling order. (Doc. 579). The Court held a telephonic conference on July 28, 2025 to discuss the parties' proposed dates and other trial scheduling matters. Upon consultation with the parties' counsel, **IT IS HEREBY ORDERED** that:

1) The deadline for supplemental expert disclosures by previously identified experts, as well as expert disclosures from any newly identified experts, shall be **May 14, 2025**. Any rebuttal expert disclosures shall be exchanged on or before **June 16, 2025**.[1]

---

[1] The Court adopts these proposed deadlines *nunc pro tunc.*

2) The deadline to file any *Daubert* motions on newly disclosed expert testimony, as agreed upon by the parties, passed on **July 16, 2025**. Responses to any of those newly filed *Daubert* motions shall be filed by **July 30, 2025**, and the deadline for replies shall be **August 6, 2025.**

3) Pursuant to a prior order from the Court, the Government shall inform the Defendants "just how it intends to accomplish its stated goal of establishing at trial that the subject products contained 'significant' amounts of anabolic steroids" (Counts 12-18) or file a motion demonstrating why it should not be required to do so no later than **August 7, 2025**. (*See* Doc. 299 at 10 n.2).

4) Both parties shall file any motions in limine and any motions for a jury questionnaire no later than **August 18, 2025**, with the exception of motions in limine concerning 404(b) evidence (addressed below). The deadline for responses or objections to motions in limine or a motion for jury questionnaire shall be **September 2, 2025**. Any reply briefs related to such motions shall be filed no later than **September 12, 2025**.

5) Defendants have agreed to a reciprocal discovery deadline of **August 15, 2025**. It is understood that the defense will have to react to the Government's evidence presented at trial and therefore witness and exhibits lists and summary evidence for the defense may change over

2

time. Accordingly, the defense may be required to supplement its reciprocal discovery and Rule 1006 charts or summaries as necessary until the close of the Government's case at trial.

6) The parties shall file their proposed voir dire questions no later than **August 18, 2025**. Additionally, the Government shall file a short summary of the indictment for the Court's potential use in voir dire no later than **September 12, 2025**.

7) The Government shall provide notifications regarding potential 404(b) evidence and its witness and exhibit lists to Defendants no later than **September 16, 2025**. The 404(b) evidence shall be provided to the defense as soon as practicable after the government has determined to use such evidence, subject to the above deadline. The Government also agrees to provide to Defendants any summaries or charts it intends to present as evidence under Federal Rule of Evidence 1006 no later than **September 16, 2025**. It is understood that witness and exhibit lists and summary evidence may change over time, and the parties agree to make timely disclosures to the opposing party of any supplementation as necessary.

8) A Pretrial Conference has been set for **September 17, 2025 at 11:00 a.m.** in ATLA Courtroom 2308.

9) Defendants shall provide witness and exhibit lists and any summary evidence or charts they intend to present as evidence under Federal Rule of Evidence 1006 to the Government no later than **September 25, 2025**. The Defendants also agree to provide to the Government any summary evidence or charts they intend to present as evidence under Federal Rule of Evidence 1006 no later than **September 25, 2025**.

10) Both parties shall produce any pedagogical/demonstrative charts or exhibits they intend to use at trial to the opposing party no later than **October 2, 2025**. To the extent demonstrative charts are created during the trial, those charts will be provided once they are completed and shall be provided to the opposing party the evening before the day of their use.

11) The Government agrees to an early *Jencks* production deadline of **October 2, 2025**. The Government shall also provide any *Giglio* material in its possession no later than **October 2, 2025**, as provided for in a prior status report (Doc. 280).

12) The parties must file trial briefs no later than **October 1, 2025**.[2] Trial briefs should not exceed twenty (20) pages.

---

[2] The Court presumes that Defendants Jared Wheat and Hi-Tech Pharmaceuticals will file a joint trial brief. If this is not so, they should advise the Court.

13) Motions in limine for any materials exchanged after the August 18, 2025 deadline for motions in limine, such as 404(b) evidence, shall be filed no later than **September 30, 2025**. Responses to these motions in limine shall be filed no later than **October 7, 2025**. The Court sets a **tentative**[3] hearing date on the 404(b) motions in limine for **October 9, 2025** at **2:30 p.m.** in ATLA Courtroom 2308.

14) Voir dire is scheduled to begin on **October 14, 2025 at 9:30 a.m.** Jury trial is scheduled to begin upon conclusion of jury selection, provided that jury selection concludes before 3:30 P.M.

15) The parties shall submit proposed jury charges to the Court on or before **October 21, 2025**. Either party may submit supplementary instructions at the close of evidence. The Court hereby **WAIVES** the requirements previously set forth in the Order Setting Trial (Doc. 574) directing the parties to exchange drafts of the proposed jury instructions before sending a single redline document to the Court. Instead, the parties may separately send their respective proposed jury instructions to Courtroom Deputy Clerk Keri Gardner via email at keri_gardner@gand.uscourts.gov by the deadline. If they so choose,

---

[3] The Court may decide not to hold a hearing after reviewing the briefing, but counsel must ensure they are available to appear for a hearing at the scheduled date and time.

each party may also submit a brief of no longer than ten (10) pages in support of their proposed jury charges, also by **October 21, 2025**.

**IT IS SO ORDERED** this 29th day of July, 2025.

_____
**Honorable Amy Totenberg
United States District Judge**