IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    v.<br><br>JARED WHEAT,<br>JOHN BRANDON SCHOPP, AND<br>HI-TECH PHARMACEUTICALS, INC. | Criminal Action No.<br><br>1:17-CR-0229-AT-CMS |

### Government's Motion for Leave to File Dismissal of Counts

The United States of America, by Theodore S. Hertzberg, United States Attorney, and Nathan P. Kitchens and Kelly K. Connors, Assistant United States Attorneys, hereby seeks leave of Court to dismiss Counts 12 through 18 of the Second Superseding Indictment, which charge a conspiracy to manufacture and distribute controlled substances in violation of Title 21, United States Code, Section 846; four substantive counts of manufacturing and distributing controlled substances in violation of Title 21, United States Code, Section 841(a)(1); conspiracy to introduce adulterated food into interstate commerce, in violation of Title 18, United States Code, Section 371; and introducing adulterated food into interstate commerce, in violation of Title 21, United States Code, Sections 331(a) and 333(a)(2), pursuant to Federal Rule of Criminal Procedure 48(a).

                                            Respectfully submitted,

                                            THEODORE S. HERTZBERG
                                              *United States Attorney*

                                            <u>/S/NATHAN KITCHENS</u>
                                              *Assistant United States Attorney*
                                            Georgia Bar No. 263930
                                            Nathan.Kitchens@usdoj.gov

/s/Kelly K. Connors
*Assistant United States Attorney*
Georgia Bar No. 504787
Kelly.Connors@usdoj.gov

_____

**Order**

Now, to-wit, on the _____ day of _____, 2025, upon motion of the United States Attorney, leave to file the above dismissal is granted on such terms as are contained in the Government's motion herein above.

_____
AMY TOTENBERG
UNITED STATES DISTRICT JUDGE