IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

v.

JARED WHEAT,
JOHN BRANDON SCHOPP, AND
HI-TECH PHARMACEUTICALS, INC.

Criminal Action No.

1:17-CR-0229-AT-CMS

## Order

This matter is before the Court on the Government's Motion to Dismiss the Notice of Appeal. (Doc. 733). Pursuant to Federal Rule of Appellate Procedure 42(a), and based on the Government's prior notice to all parties, the Government's motion is hereby **GRANTED**.

**IT IS SO ORDERED** this 22nd day of **October, 2025**.

_____
**AMY TOTENBERG**
**UNITED STATES DISTRICT JUDGE**

Presented by:
Nathan P. Kitchens
Assistant United States Attorney
nathan.kitchens@usdoj.gov