# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:17-cr-00229-AT-CMS
### USA v. Wheat et al
### Honorable Amy Totenberg

Minute Sheet for proceedings held In Open Court on 10/22/2025.

TIME COURT COMMENCED: 9:30 A.M.
TIME COURT CONCLUDED: 5:00 P.M.
TIME IN COURT: 6:40
OFFICE LOCATION: Atlanta

COURT REPORTER: Shannon Welch
CSO/DUSM: CSO 1
DEPUTY CLERK: Keri Gardner

| | |
|---|---|
| DEFENDANT(S): | [1]Jared Wheat Present at proceedings<br>[3] Hi-Tech Pharmaceuticals, Inc. Present at proceedings |
| ATTORNEY(S) PRESENT: | Kelly Connors representing USA<br>Jeffrey Ertel representing Jared Wheat<br>Nathan Kitchens representing USA<br>Arthur Leach representing Hi-Tech Pharmaceuticals, Inc.<br>Brian Mendelsohn representing Jared Wheat<br>Bruce Morris representing Jared Wheat<br>J. Salter representing Jared Wheat<br>Brian Steel representing Jared Wheat<br>Colette Steel representing Jared Wheat<br>Zachary Taylor representing Hi-Tech Pharmaceuticals, Inc.<br>Jack Wenik representing Hi-Tech Pharmaceuticals, Inc.<br>Laurabeth Wilson representing Hi-Tech Pharmaceuticals, Inc. |
| PROCEEDING CATEGORY: | Jury Trial Continued; |
| JURY INFORMATION: | The Rule of Sequestration was invoked. |
| MINUTE TEXT: | The Court heard oral argument from Defendants asking the Court to reconsider its [720] ruling on the Government's 404(b) evidence. After hearing argument, the Court ordered additional redactions to two of the Government exhibits. Defendants renewed their [712] objections to NSF records under FRE 902(11). The Court will take up the Rule 902 objections later. Juror 68 appeared and parties agreed to excuse juror for cause. Preliminary instructions given to jurors. Opening statements given. Government's first witness, Jay Klein, CFO for World Health Products, sworn and testified. Government's exhibits 3, 14, 21, 22, 50, 52, 53, 54, 56, 57, admitted into evidence. Government's second witness, Ms. Winsome Kirlew, former QA/ QC Manager of Vital Pharmaceuticals, sworn and testified. Government's exhibits 90, 91, 93, admitted. |

| | |
|---|---|
| HEARING STATUS: | Hearing not concluded. Court adjourned and will reconvene at 9:30AM on October 23, 2025. Jurors excused until the above time under the usual caution of the Court. |
| EXHIBIT STATUS: | Exhibits retained by the Court to be forwarded to the Clerks Office. |