# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:17-cr-00229-AT-CMS
### USA v. Wheat et al
### Honorable Amy Totenberg

Minute Sheet for proceedings held In Open Court on 10/23/2025.

TIME COURT COMMENCED: 9:30 A.M.
TIME COURT CONCLUDED: 4:45 P.M.
TIME IN COURT: 6:20
OFFICE LOCATION: Atlanta

COURT REPORTER: Shannon Welch
CSO/DUSM: 1 CSO
DEPUTY CLERK: Keri Gardner

DEFENDANT(S):    [1]Jared Wheat Present at proceedings
                [3] Hi-Tech Pharmaceuticals, Inc. Present at proceedings

ATTORNEY(S)
PRESENT:
Kelly Connors representing USA
Jeffrey Ertel representing Jared Wheat
Nathan Kitchens representing USA
Arthur Leach representing Hi-Tech Pharmaceuticals, Inc.
Brian Mendelsohn representing Jared Wheat
Bruce Morris representing Jared Wheat
J. Salter representing Jared Wheat
Brian Steel representing Jared Wheat
Colette Steel representing Jared Wheat
Zachary Taylor representing Hi-Tech Pharmaceuticals, Inc.
Jack Wenik representing Hi-Tech Pharmaceuticals, Inc.
Laurabeth Wilson representing Hi-Tech Pharmaceuticals, Inc.

PROCEEDING
CATEGORY:
Jury Trial Continued;

MINUTE TEXT:    Parties indicated dispute over [703] Notice of Intent to Introduce Self-Authenticating Evidence was resolved. Government's third witness, Mark McLeod, former employee of Vital Pharmaceuticals, sworn and testified. Government's exhibits 16 and 17, admitted. Government's fourth witness, Gregory Watts, former employee of Dorian Yates Sports Nutrition, sworn and testified. Government's exhibits 7, 9, 11,12, 25, 26, 67, 69, 71, 73, 77, 78, 81, 82, and 86, admitted. Government's fifth witness, Kelly Palmatier, Griffin Web Design and Marketing, sworn and testified. Government's exhibits 501, 502, and 503, admitted. Government's sixth witness, Mr. Sanjay Chopra, CEO of Hi Health, sworn and testified. Government's exhibit 18, admitted. Government's seventh witness, Dan Armentrout, former sales professional for Hi-Tech Pharmaceuticals, sworn and testified. Government exhibits 350 and 352, admitted.

HEARING STATUS:    Hearing not concluded. Court adjourned and will reconvene at 9:30AM on October 24, 2025. Jurors excused until the above time under the usual caution of the Court.

EXHIBIT STATUS:        Exhibits retained by the Court to be forwarded to the Clerks Office.