# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:17-cr-00229-AT-CMS
### USA v. Wheat et al
### Honorable Amy Totenberg

Minute Sheet for proceedings held In Open Court on 11/19/2025.

TIME COURT COMMENCED: 10:10 A.M.
TIME COURT CONCLUDED: 5:30 P.M.
TIME IN COURT: 6:35
OFFICE LOCATION: Atlanta
COURT REPORTER: Shannon Welch
CSO/DUSM: CSO 1
DEPUTY CLERK: Keri Gardner

| | |
|---|---|
| DEFENDANT(S): | [1]Jared Wheat Present at proceedings<br>[3] Hi-Tech Pharmaceuticals, Inc. Present at proceedings |
| ATTORNEY(S) PRESENT: | Kelly Connors representing USA<br>Jeffrey Ertel representing Jared Wheat<br>Nathan Kitchens representing USA<br>Arthur Leach representing Hi-Tech Pharmaceuticals, Inc.<br>Brian Mendelsohn representing Jared Wheat<br>Bruce Morris representing Jared Wheat<br>J. Salter representing Jared Wheat<br>Brian Steel representing Jared Wheat<br>Colette Steel representing Jared Wheat<br>Zachary Taylor representing Hi-Tech Pharmaceuticals, Inc.<br>Jack Wenik representing Hi-Tech Pharmaceuticals, Inc.<br>Laurabeth Wilson representing Hi-Tech Pharmaceuticals, Inc. |
| PROCEEDING CATEGORY: | Jury Trial Continued; |
| MINUTE TEXT: | Charging conference concluded. Jury charged and began deliberations. Jury Note #1 received and addressed on the record. |
| HEARING STATUS: | Hearing not concluded. Court adjourned and will reconvene at 9:15AM on November 20, 2025. Jurors excused until the above time under the usual caution of the Court. |