FILED IN OPEN COURT
U.S.D.C. - Atlanta

NOV 2 1 2025

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,

v.

JARED WHEAT and HI-TECH
PHARMACEUTICALS, INC.,

Defendants.

Criminal Action No.
1:17-CR-0229-AT-CMS

## **VERDICT**

The Government must prove guilt beyond a reasonable doubt. If it fails to carry that heavy burden of proof as to any count or charge, you must find Defendant(s) Not Guilty on that count or charge.

### **Count One: Conspiracy to Commit Wire Fraud**

As to Count One of the Indictment charging conspiracy to commit wire fraud, we, the Jury, unanimously find Defendant JARED WHEAT:

_____ **X** _____    Not Guilty

_____    Guilty

As to Count One of the Indictment charging conspiracy to commit wire fraud, we, the Jury, unanimously find Defendant HI-TECH PHARMACEUTICALS, INC.:

_____    Not Guilty

_____ **X** _____    Guilty

**[CONTINUED ON NEXT PAGE]**

## Count Two: Wire Fraud

As to Count Two of the Indictment charging wire fraud, we, the Jury, unanimously find Defendant JARED WHEAT:

_____    Not Guilty

\_\_\_\_X\_\_\_    Guilty

As to Count Two of the Indictment charging wire fraud, we, the Jury, unanimously find Defendant HI-TECH PHARMACEUTICALS, INC.:

_____    Not Guilty

\_\_\_\_X\_\_\_    Guilty

## Count Three: Wire Fraud

As to Count Three of the Indictment charging wire fraud, we, the Jury, unanimously find Defendant JARED WHEAT:

\_\_\_\_X\_\_\_    Not Guilty

_____    Guilty

As to Count Three of the Indictment charging wire fraud, we, the Jury, unanimously find Defendant HI-TECH PHARMACEUTICALS, INC.:

\_\_\_\_X\_\_\_    Not Guilty

_____    Guilty

**[CONTINUED ON NEXT PAGE]**

## Count Four: Money Laundering Conspiracy

As to Count Four of the Indictment charging conspiracy to commit money laundering, we, the Jury, unanimously find Defendant JARED WHEAT:

_____X_____ Not Guilty

_____ Guilty

As to Count Four of the Indictment charging conspiracy to commit money laundering, we, the Jury, unanimously find Defendant HI-TECH PHARMACEUTICALS, INC.:

_____ Not Guilty

_____X_____ Guilty

## Count Five: Money Laundering

As to Count Five of the Indictment charging money laundering, we, the Jury, unanimously find Defendant JARED WHEAT:

_____X_____ Not Guilty

_____ Guilty

As to Count Five of the Indictment charging money laundering, we, the Jury, unanimously find Defendant HI-TECH PHARMACEUTICALS, INC.:

_____ Not Guilty

_____X_____ Guilty

**[CONTINUED ON NEXT PAGE]**

## Count Six: Money Laundering

As to Count Six of the Indictment charging money laundering, we, the Jury, unanimously find Defendant JARED WHEAT:

\_\_\_\_X\_\_\_\_\_   Not Guilty

_____   Guilty

As to Count Six of the Indictment charging money laundering, we, the Jury, unanimously find Defendant HI-TECH PHARMACEUTICALS, INC.:

_____   Not Guilty

\_\_\_\_X\_\_\_\_\_   Guilty

## Count Seven: Money Laundering

As to Count Seven of the Indictment charging money laundering, we, the Jury, unanimously find Defendant JARED WHEAT:

\_\_\_\_X\_\_\_\_\_   Not Guilty

_____   Guilty

As to Count Seven of the Indictment charging money laundering, we, the Jury, unanimously find Defendant HI-TECH PHARMACEUTICALS, INC.:

\_\_\_\_X\_\_\_\_\_   Not Guilty

_____   Guilty

**[CONTINUED ON NEXT PAGE]**

## Count Eight: Money Laundering

As to Count Eight of the Indictment charging money laundering, we, the Jury, unanimously find Defendant JARED WHEAT:

_____✗_____ Not Guilty

_____ Guilty


As to Count Eight of the Indictment charging money laundering, we, the Jury, unanimously find Defendant HI-TECH PHARMACEUTICALS, INC.:

_____✗_____ Not Guilty

_____ Guilty


## Count Nine: Money Laundering

As to Count Nine of the Indictment charging money laundering, we, the Jury, unanimously find Defendant JARED WHEAT:

_____✗_____ Not Guilty

_____ Guilty


As to Count Nine of the Indictment charging money laundering, we, the Jury, unanimously find Defendant HI-TECH PHARMACEUTICALS, INC.:

_____✗_____ Not Guilty

_____ Guilty


**[CONTINUED ON NEXT PAGE]**

## Count Ten (with Lesser Included Offense): Conspiracy to Introduce A Misbranded Drug into Interstate Commerce

**Note:** Defendant(s) are charged in Count Ten of the indictment with conspiracy to introduce a misbranded drug into interstate commerce, <u>with</u> intent to defraud or mislead. There is an alternative lesser-included offense for this charge of conspiracy to introduce a misbranded drug into interstate commerce, <u>without</u> intent to defraud or mislead.

If you find a Defendant Not Guilty of the greater offense in Part A below, or, alternatively, if after all reasonable efforts you are unable to reach a verdict on the offense in Part A, you should go on to Part B below to consider whether that Defendant is Guilty of the lesser-included offense.

**Keep in mind that you may find the Defendant(s) Not Guilty of both offenses in Part A and Part B below.** However, a Defendant cannot be found Guilty of both the offenses in Part A and Part B below.

### Defendant Jared Wheat

### Part A

As to Count Ten of the Indictment charging conspiracy to introduce a misbranded drug into interstate commerce, **with** intent to defraud or mislead, we, the Jury, unanimously find Defendant JARED WHEAT:

_____ X _____   Not Guilty

_____   Guilty

### Part B

As to the lesser included offense for conspiracy to introduce into interstate commerce of a misbranded drug, **without** intent to defraud or mislead, we, the Jury, unanimously find Defendant JARED WHEAT:

_____ X _____   Not Guilty

_____   Guilty

### [CONTINUED ON NEXT PAGE]

**Count Ten (Continued)**

## Defendant Hi-Tech Pharmaceuticals, Inc.

### Part A

As to Count Ten of the Indictment charging conspiracy to introduce a misbranded drug into interstate commerce, **with** intent to defraud or mislead, we, the Jury, unanimously find Defendant HI-TECH PHARMACEUTICALS, INC.:

_____X_____ Not Guilty

_____ Guilty

### Part B

As to the lesser included offense for conspiracy to introduce into interstate commerce of a misbranded drug, **without** intent to defraud or mislead, we, the Jury, unanimously find Defendant HI-TECH PHARMACEUTICALS, INC.:

_____X_____ Not Guilty

_____ Guilty

**[CONTINUED ON NEXT PAGE]**

## Count Eleven (with Lesser Included Offense): Introduction of A Misbranded Drug into Interstate Commerce

**Note:** Defendant(s) are charged in Count Eleven of the indictment with introduction of a misbranded drug into interstate commerce, <u>with</u> intent to defraud or mislead. There is an alternative lesser-included offense for this charge of introduction of a misbranded drug into interstate commerce, <u>without</u> intent to defraud or mislead.

If you find a Defendant Not Guilty of the greater offense in Part A below, or, alternatively, if after all reasonable efforts you are unable to reach a verdict on the offense in Part A, you should go on to Part B below to consider whether that Defendant is Guilty of the lesser-included offense.

**Keep in mind that you may find the Defendant(s) Not Guilty of both offenses in Part A and Part B below.** However, a Defendant cannot be found Guilty of both the offenses in Part A and Part B below.

### Defendant Jared Wheat

### Part A

As to Count Eleven of the Indictment charging introduction into interstate commerce of a misbranded drug, **with** intent to defraud or mislead, we, the Jury, unanimously find Defendant JARED WHEAT:

_____X_____ Not Guilty

_____ Guilty

### Part B

As to the lesser included offense for introduction into interstate commerce of a misbranded drug, **without** intent to defraud or mislead, we, the Jury, unanimously find Defendant JARED WHEAT:

_____X_____ Not Guilty

_____ Guilty

### [CONTINUED ON NEXT PAGE]

## Count Eleven (Continued)

## Defendant Hi-Tech Pharmaceuticals, Inc.

### Part A

As to Count Eleven of the Indictment charging introduction into interstate commerce of a misbranded drug, **with** intent to defraud or mislead, we, the Jury, unanimously find Defendant HI-TECH PHARMACEUTICALS, INC.:

_____✕_____ Not Guilty

_____ Guilty

### Part B

As to the lesser included offense for introduction into interstate commerce of a misbranded drug, **without** intent to defraud or mislead, we, the Jury, unanimously find Defendant HI-TECH PHARMACEUTICALS, INC.:

_____✕_____ Not Guilty

_____ Guilty

**[CONTINUED ON NEXT PAGE]**

**SO SAY WE ALL.**

Signed and dated at the United States Courthouse, Atlanta, Georgia, this _21st_ day of _November_, 2025.


_Cheryl C. Sorensen_
Foreperson's Signature

_Cheryl C. Sorensen_
Foreperson's Printed Name