IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | CRIMINAL ACTION NO. |
| | : | 1:17-cr-229-AT-CMS |
| JOHN BRANDON SCHOPP, | : | |
| | : | |
| Defendant. | : | |

## **ORDER**

This matter is before the Court on Defendant John Brandon Schopp's Motion to Dismiss the Second Superseding Indictment for Statutory and Constitutional Speedy Trial Violations [Doc. 831]. The Motion is fully briefed and the Court benefited from the parties' oral argument. (Docs. 831; 839; 844; 875). Defendant's concerns regarding the longevity and gamesmanship present in this proceeding are well-taken. Nevertheless, the Motion to Dismiss [Doc. 831] is **DENIED**. A written order discussing the Court's reasoning will follow.

**IT IS SO ORDERED** this 19th day of March, 2026.

**Honorable Amy Totenberg**
**United States District Judge**